UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PATRICK SCHUETZE, | ) Case No. CV 05-6031 DDP(JC) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| ORANGE COUNTY SOCIAL SERVICES AGENCY, et al., | ) |
| Defendants. | ) |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: __July 6, 2012__

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1